

FILED
JUL 2 6 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>SERGEY POTEPALOV et al.,     )<br>                             )<br>            Defendants.      )<br>_____) | CASE NO. 2:11-cr-295 MCE<br><br>ORDER RE: REQUEST TO UNSEAL INDICTMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be unsealed.

Date: July 26, 2011

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

1