BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CRS-11-295 MCE |
| Plaintiff, | ) ) ) | STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF |
| v. | ) ) | DISCOVERY DOCUMENTS CONTAINING NAMES AND PERSONAL IDENTIFYING |
| SERGEY POTEPALOV, PAVEL BEREZENKO, OLGA NEKRASOVA, and ANTHONY RIVERA, | ) ) ) ) | INFORMATION |
| Defendants. | ) ) | |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in United States v. Sergey Potepalov, et. al., stipulate and agree, and respectfully request that the Court order that:

1.   The United States shall turn over discovery in this case subject to this stipulation and associated protective order.

2.   Certain of the documents contained in the government's discovery production contain names and personal identifying information of certain defendants and other individuals (hereinafter, the "Protected Material").  Such personal identifying information includes, but is not

1

limited to, surnames, street addresses, telephone numbers,
driver's license numbers, social security numbers,
financial account numbers, dates of birth, A-file numbers,
and any other alphanumeric identifiers attributed to any
person.  Any pages of discovery that contain no personal
identifying information are not subject to this order.

3.   The Protected Material is now and will forever remain the
property of the United States.  The Protected Material is
entrusted to counsel for each defendant only for purposes
of representation in this case.

4.   Counsel for each defendant shall not give Protected
Material or any copy of Protected Material to any person
other than counsel's staff, investigator, or retained
expert(s).  The terms "staff," "investigator," and
"expert" shall not be construed to describe any defendant
or other person not either regularly employed by counsel
or a licensed investigator or expert hired in this case.

5.   Any person receiving Protected Material or a copy of
Protected Material from counsel for any defendant shall be
bound by the same obligations as counsel and further may
not give the Protected Material to anyone (except that the
Protected Material shall be returned to counsel).

6.   Counsel shall maintain a list of persons to whom any
Protected Material, or copies thereof, have been given.
Such persons shall be shown a copy of this Stipulation and
Order and shall sign a copy of the Stipulation and Order
and note that they understand its terms and agree to them.

7.   The defendants in this case may review the Protected

Material and be aware of its contents, but shall not be given control of the Protected Material or any copies thereof.  Notwithstanding the foregoing, counsel are permitted to provide each defendant with copies of documents otherwise classifiable as Protected Material so long as counsel completely redact <u>all</u> personal identifying information from those documents prior to providing them to a defendant.

8.   The foregoing notwithstanding, after the Trial Confirmation Hearing in this case, counsel, staff, and investigator for any defendant who has confirmed for trial may make copies of the Protected Material for trial preparation and presentation.  Any copies must, however,

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

3

remain in the possession of counsel, staff, investigator, expert or the Court.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: July 29, 2011       By:    /s/ Daniel S. McConkie
DANIEL S. McCONKIE
Assistant U.S. Attorney

DATE: July 29, 2011       /s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for SERGEY POTEPALOV
By email authorization

DATE: July 29, 2011       /s/ Candace A. Fry
CANDACE A. FRY
Attorney for OLGA NEKRASOVA
By email authorization

DATE: July 29, 2011       /s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for PAVEL BEREZENKO
By email authorization

DATE: July 29, 2011       /s/ Michael Bradley Bigelow
MICHAEL BRADLEY BIGELOW
Attorney for ANTHONY RIVERA
By email authorization

**IT IS SO ORDERED:**

DATED:  August 1, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

4