Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
SERGEY POTEPALOV

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>SERGEY POTEPALOV, et al.,<br><br>          Defendants. | No. 2:11-CR-00295 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Daniel McConkie, Jr., Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Sergey Potepalov; Hayes Gable, III, attorney for defendant Keith O'Neil; Benjamin Galloway, attorney for defendant Marla Brennan; Christopher Haydn-Myer, attorney for defendant Pavel Berezenko; Dwight Samuel, attorney for defendant Brian Barnes; Michael Bigelow, attorney for defendant Anthony Rivera; Michael Long, attorney for defendant Veranika Koushal; and Dina Santos, attorney for defendant Marlena Colvin, that the previously-scheduled status conference date of September 29, 2010, be vacated and the matter set for status conference on January 5, 2012, at 9:00 a.m., for all defendants except Olga Nekrasova.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

The Government concurs with this request.

1

**Stipulation and Order to Continue Status Conference**

1  Further, the parties agree and stipulate the ends of justice served by the granting of such
2  a continuance outweigh the best interests of the public and the defendants in a speedy trial and
3  that time within which the trial of this case must be commenced under the Speedy Trial Act
4  should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(B)(ii) and (iv),
5  corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel
6  to prepare], from the date of the parties' stipulation, September 26, 2011, to and including
7  January 5, 2012.  The Court previously excluded time pursuant to Local Code T2 on
8  August 11, 2011.

9  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

10  IT IS SO STIPULATED.

11  Dated:  September 26, 2011                           Respectfully submitted,

12                                                      /s/ Michael E. Hansen
                                                        MICHAEL E. HANSEN
13                                                      Attorney for Defendant
                                                        SERGEY POTEPALOV
14
   Dated:  September 26, 2011                           /s/ Michael E. Hansen for
15                                                      HAYES GABLE, III
                                                        Attorney for Defendant
16                                                      KEITH O'NEIL

17  Dated:  September 26, 2011                          DANIEL J. BRODERICK
                                                        Federal Defender
18
                                                        By:  /s/ Michael E. Hansen for
19                                                      BENJAMIN GALLOWAY
                                                        Assistant Federal Defender
20                                                      Attorney for Defendant
                                                        MARLA BRENNAN
21
   Dated:  September 26, 2011                           /s/ Michael E. Hansen for
22                                                      CHRISTOPHER HAYDN-MYER
                                                        Attorney for Defendant
23                                                      PAVEL BEREZENKO

24  Dated:  September 26, 2011                          /s/ Michael E. Hansen for
                                                        DWIGHT SAMUEL
25                                                      Attorney for Defendant
                                                        BRIAN BARNES
26
   Dated:  September 26, 2011                           /s/ Michael E. Hansen for
27                                                      MICHAEL BIGELOW
                                                        Attorney for Defendant
28                                                      ANTHONY RIVERA

**Stipulation and Order to Continue Status Conference**

| | | |
|---|---|---|
| 1 | Dated: September 26, 2011 | /s/ Michael E. Hansen for |
| 2 | | MICHAEL LONG |
| | | Attorney for Defendant |
| 3 | | VERANIKA KOUSHAL |
| 4 | Dated: September 26, 2011 | /s/ Michael E. Hansen for |
| | | DINA SANTOS |
| 5 | | Attorney for Defendant |
| | | MARLENA COLVIN |
| 6 | Dated: September 26, 2011 | BENJAMIN B. WAGNER |
| 7 | | United States Attorney |
| 8 | | By: /s/ Michael E. Hansen for |
| | | DANIEL McCONKIE, JR. |
| 9 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///

**Stipulation and Order to Continue Status Conference**

1 The Court orders that the time from the date of the parties' stipulation, September 26, 2011, to and including January 5, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(B)(ii) and (iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare]. It is further ordered that the September 29, 2011, status conference shall be continued until January 5, 2012, at 9:00 a.m., for all defendants except Olga Nekrasova.

**IT IS SO ORDERED**.

September 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Status Conference**