IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGEY POTEPALOV, ET AL.,<br><br>Defendants. | CASE NO. 2:11-CR-0295 MCE<br><br>ORDER |

The government's motion to dismiss, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the following defendants: Aleksandr Krivokhizhin; Yuriy Korzhov; Alina Turcan; and Dumitru Sisianu; is hereby GRANTED.

IT IS SO ORDERED.

Dated: September 28, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE